JUDGE JONES

07 CV 6819

Richard H. Reimer (RHR-7878)
Melissa Battino (MB-0449)
ASCAP Building
One Lincoln Plaza
New York, New York 10023
(212) 621-6261

and

I. Fred Koenigsberg (IK3259)
Stefan M. Mentzer (SM2542)
Christopher J. Glancy (CG3387)
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

Attorneys for Plaintiffs



RECEIVED
JUL 3 0 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
                                                  :
EMI APRIL MUSIC INC., DESMOBILE, INC.,            :   Civil Action
UNIVERSAL-POLYGRAM INTERNATIONAL                  :   No.
PUBLISHING, INC., BON JOVI PUBLISHING, J.         :
ALBERT & SON (USA) INC., VAN HALEN                :
MUSIC AND GNAT BOOTY MUSIC,                       :
                                                  :
                           Plaintiffs,            :
                                                  :
    -against-                                     :
                                                  :
B.D. STANHOPE, LLC AND RICHARD BORN,              :
                                                  :
                           Defendants.            :
                                                  :
------------------------------------------------- x

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs EMI APRIL MUSIC INC, et al. in the above captioned action, certifies that

EMI APRIL MUSIC INC. is wholly owned by EMI Group, PLC, a publicly held foreign corporation; and UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. is wholly owned by Vivendi, a publicly held foreign corporation

And

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs DESMOBILE, INC., BON JOVI PUBLISHING, J. ALBERT & SON (USA) INC., VAN HALEN MUSIC and GNAT BOOTY MUSIC, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

_____July 30, 2007_____
Date

Richard H. Reimer (RHR-7878)
Melissa Battino (MB-0449)
ASCAP Building
One Lincoln Plaza
New York, New York 10023
(212) 621-6261

WHITE & CASE, LLP

By: _____
I. Fred Koenigsberg (IK3259)
Stefan M. Mentzer (SM 2542)
Christopher J. Glancy (CG3387)
Avenue of the Americas
New York, New York 10036
(212) 819-8200

Attorneys for Plaintiffs