UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EMI APRIL MUSIC, INC., et al,

                                      Plaintiffs,

-against-

B.D. STANHOPE, LLC and RICHARD BORN,

                                      Defendants.
-------------------------------------------------------------------X

Case No.: 2007 CV 6819 (Jones)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

    **DARREN HINDS**, being duly sworn, deposes and says:

    1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

    2.    That on <u>July 31, 2007,</u> at approximately <u>1:58 p.m.,</u> I personally served by hand, by personally delivering to and leaving with a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION, COMPLAINT, DISCLOSURE STATEMENT, CIVIL COVER SHEET, and Individual Rules Of Judge Jones and Pitman,** all upon **B.D. STANHOPE, LLC** by Personal Delivery, via Ms. Patricia Quiye, who identified herself as a "Front End Manager" as well as being authorized, as Agent, to accept service on behalf of B.D. Stanhope, LLC, which service was effected at the actual place of business indicated below:

                        B.D. STANHOPE, LLC
                        88 Ninth Avenue / 1st Floor
                        New York, New York 10011

    3.    **Ms. Patricia Quiye** can best be described as:

African American Female – Light Brown skin – Black hair – Brown eyes - Approximately 22 - 32 years of age, 5'4" – 5'7" and 125 – 155 lbs.

Dated:    July 31, 2007.
            New York, New York

                                                               _____
                                                                DARREN HINDS
Sworn to before me on this the 31st day of July 2007.        License No.: 1194970

_____
NOTARY PUBLIC

                  HOLLY ROLDAN
          Notary Public, State of New York
                No. 01RO6125752
          Qualified in New York County
        Commission Expires April 20, 20__

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our reputation on your satisfaction"*