UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMI APRIL MUSIC, INC., et al,

                                             Plaintiffs,

  -against-

B.D. STANHOPE, LLC and RICHARD BORN,
                                        Defendants.
-----------------------------------------------------------------X

Case No.: 2007 CV 6819 (Jones)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK  )

        **DARREN HINDS**, being duly sworn, deposes and says:

        1.     That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

        2.     That on <u>July 31, 2007</u>, at approximately <u>1:57 p.m.</u>, I personally served by hand, by personally delivering to and leaving with a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION, COMPLAINT, DISCLOSURE STATEMENT, CIVIL COVER SHEET, and Individual Rules Of Judge Jones and Pitman**, all upon **RICHARD BORN, (an individual)** by Personal Delivery, via Ms. Patricia Quiye, who identified herself as a "Front End Manager" and who accepted service on behalf of Richard Born, individually. Ms. Patricia Quiye, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that she nor Richard Born are neither in Military Service nor dependant upon anyone within Military Service, which service was effected at the actual place of business indicated below:

                RICHARD BORN
                B.D. Stanhope, LLC
                89 Ninth Avenue / 1st Floor
                New York, New York 10011

        3.     **Ms. Patricia Quiye** can best be described as:

African American Female – Light Brown skin – Black hair – Brown eyes - Approximately 22 - 32 years of age, 5'4" – 5'7" and 125 – 155 lbs.

        4.     On <u>August 06, 2007</u>, I deposited in a United States Post Office within New York State, via Regular First Class Mail another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person / entity to be served, and was addressed to <u>Richard Born,</u> at the address noted above.

Dated:  August 06, 2007.
           New York, New York

                                                                           _____
                                                                             DARREN HINDS
Sworn to before me on this the 06th day of August 2007.        License No.: 1194970

_____
        NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 20__

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.                                POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-              NEW YORK, NEW YORK 10268
                                                                                   212-608-1555

*"We've built our reputation on your satisfaction"*