UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMI APRIL MUSIC INC.; DESMOBILE, INC.;
UNIVERSAL-POLYGRAM INTERNATIONAL
PUBLISHING, INC.; BON JOVI PUBLISHING;
J. ALBERT & SON (USA) INC.; VAN HALEN
MUSIC; and GNAT BOOTY MUSIC;

              Plaintiffs,

- against -

B.D. STANHOPE, LLC and RICHARD BORN,

              Defendants.

07 CV 6819 (BSJ)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/26/07 dc

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs EMI April Music Inc.;

Desmobile, Inc.; Universal-Polygram International Publishing, Inc.; Bon Jovi Publishing; J. Albert

& Son (USA) Inc.; Van Halen Music; and Gnat Booty Music hereby dismiss this action against

defendants B.D. Stanhope, LLC and Richard Born WITH PREJUDICE, with all parties to bear

their own costs, including attorneys' fees.

Dated: New York, New York
      September 24, 2007

WHITE & CASE LLP

By: _____
    I. Fred Koenigsberg (IK 3259)
    Christopher J. Glancy (CG 3387)
    Stefan M. Mentzer (SM 2542)
1155 Avenue of the Americas
New York, New York  10036
(212) 819-8200

NEWYORK 6257217 (IK)

-1-



RICHARD H. REIMER (RR 7878)
Melissa Battino Purin (MB 0449)
ASCAP Building
One Lincoln Plaza
New York, New York  10023
(212) 621-6261

*Attorneys for Plaintiffs*

SO ORDERED:

U.S.D.J.
9/25/07

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007, I caused a copy of the foregoing
NOTICE OF DISMISSAL to be served, by the means indicated below, upon:

**FIRST-CLASS MAIL**

B.D. Stanhope, LLC
88 Ninth Avenue
New York, New York  10011

Richard Born
c/o B.D. Stanhope, LLC
88 Ninth Avenue
New York, New York  10011

_____
/Stefan Mentzer